**Larry MILLER, Plaintiff–Appellant,**

v.

**GENERAL MOTORS CORPORATION,**
**Defendant–Appellee.**

No. 02–2372.

United States Court of Appeals,
Sixth Circuit.

May 12, 2003.

Before GUY, SUHRHEINRICH, and BATCHELDER, Circuit Judges.

*ORDER*

Pro se Michigan resident Larry Miller appeals a district court order that granted summary judgment in favor of the defendant, his employer. The case has been referred to this panel pursuant to Rule 34(j)(1), Rules of the Sixth Circuit. We unanimously agree that oral argument is not needed. Fed. R.App. P. 34(a).

The grant of summary judgment for the General Motors Corporation is AFFIRMED for the reasons stated by the district court in the opinion entered on December 16, 2002.